[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 306.]

OHIO BUREAU OF WORKERS' COMPENSATION, APPELLEE, *v.* ETHERIDGE, APPELLANT.

[Cite as *Ohio Bur. of Workers' Comp. v. Etheridge*, 1995-Ohio-284.]

*Workers' compensation—R.C. 4123.57(B)(now[A])—Prospective application to claims arising after October 1, 1963 is constitutional.*

(No. 93-2432—Submitted April 18, 1995—Decided June 14, 1995.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 63692.

————————————

*Betty D. Montgomery*, Attorney General, *Dennis L. Hufstader* and *Gerald H. Waterman*, Assistant Attorneys General, for appellee.

*Berger & Kirschenbaum Co., L.P.A.*, and *Linda U. Elliott*, for appellant.

*Vorys, Sater, Seymour & Pease*, *Robin R. Obetz* and *Robert A. Minor*, urging affirmance for *amicus curiae*, Ohio Self-Insurers' Association.

*Stewart Jaffy & Associates Co., L.P.A.*, *Stewart R. Jaffy* and *Marc J. Jaffy*, urging reversal for *amici curiae*, Ohio AFL-CIO and Ohio Academy of Trial Lawyers.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State ex rel. Sears, Roebuck & Co. v. Indus. Comm.* (1990), 52 Ohio St.3d 144, 556 N.E.2d 467.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

————————————